# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KRISTINA FOWLER,

    Plaintiff,

v.                        CASE NO. 4:13cv559-RH/CAS

STATE OF FLORIDA, DEPARTMENT OF
HEALTH,

    Defendant.

_____/

## ORDER PROHIBITING THE FILING OF
## MONTHLY ATTORNEY-FEE RECORDS

In accordance with the Initial Scheduling Order, ECF No. 6, the requirement to file monthly attorney-fee records does not apply in this case. No party may file attorney-fee records until necessary in connection with a motion to award fees.

SO ORDERED on November 16, 2013.

                              s/Robert L. Hinkle
                              United States District Judge