IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KRISTINA FOWLER,

    Plaintiff,

v.                                CASE NO. 4:13cv559-RH/CAS

STATE OF FLORIDA, DEPARTMENT OF
HEALTH,

    Defendant.

_____/

**ORDER ADVANCING THE DEADLINE AND SETTING
REQUIREMENTS FOR THE PLAINTIFF'S RESPONSE
TO THE DEFENDANT'S MOTION TO EXTEND THE
<u>DEADLINE FOR ITS RULE 26(a)(2) DISCLOSURES</u>**

      The plaintiff must file by January 22, 2014, a response to the defendant's motion to extend the deadline for its Federal Rule of Civil Procedure 26(a)(2) disclosures. The response must (1) state the date on which the plaintiff responded to the defendant's first set of interrogatories and first set of production requests, (2) explain the failure to serve responses to those discovery requests if by that time responses have not been served, and (3) respond to the motion to extend the 26(a)(2) deadline. The parties may extend by agreement, without a court order, any deadline for a specific Rule 26(a) disclosure or discovery response, so long as

the extended deadline precedes the overall discovery deadline.  *See* Fed. R. Civ. P. 29(b).  But a party must not miss a deadline without obtaining an extension by agreement or court order.

    SO ORDERED on January 15, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge