# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KRISTINA FOWLER,

    Plaintiff,

v.                        CASE NO. 4:13cv559-RH/CAS

STATE OF FLORIDA, DEPARTMENT OF HEALTH,

    Defendant.

_____/

## ORDER EXTENDING THE DEADLINE FOR THE DEFENDANT'S RULE 26(a)(2) DISCLOSURES

The defendant's unopposed motion to extend the deadline for its Federal Rule of Civil Procedure 26(a)(2) disclosures is GRANTED. The deadline is extended to February 15, 2014. The parties may extend by agreement, without a court order, any other deadline for a specific Rule 26(a) disclosure or discovery response, so long as the extended deadline precedes the overall discovery deadline.

SO ORDERED on January 22, 2014.

                                    s/Robert L. Hinkle
                                    United States District Judge