**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

KRISTINA FOWLER,

      Plaintiff,

v.                        CASE NO. 4:13cv559-RH/CAS

STATE OF FLORIDA, DEPARTMENT OF
HEALTH,

      Defendant.

_____/

**ORDER EXTENDING THE DEADLINE FOR
THE DEFENDANT'S RULE 26(a)(2) DISCLOSURES**

The defendant's motion to extend the deadline for its Federal Rule of Civil Procedure 26(a)(2) disclosures is GRANTED. The deadline is extended to February 24, 2014.[1]

SO ORDERED on February 18, 2014.

                                s/Robert L. Hinkle
                                United States District Judge

---

[1] Because of the need for a prompt ruling, this order has been entered without awaiting the plaintiff's response to the motion. If the plaintiff files an emergency motion for reconsideration, the matter will be reconsidered *de novo*. This order will remain in effect unless and until reconsidered on such a motion.