IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KRISTINA FOWLER,

    Plaintiff,

v.                                  CASE NO.  4:13cv559-RH/CAS

STATE OF FLORIDA, DEPARTMENT OF
HEALTH,

    Defendant.

_____/

SECOND ORDER EXTENDING THE DISCOVERY
DEADLINE AND CONTINUING THE TRIAL

    IT IS ORDERED:

    1.    The second consented motion to extend the discovery deadline, ECF No. 32, is GRANTED.

    2.    The discovery deadline is extended to June 25, 2014.  This automatically extends the discovery and mediation deadlines.

    3.    The deadline for the attorney conference required by the Order for Pretrial Conference, ECF No. 26, is extended to August 4, 2014.

4.	The deadline for filing the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference is extended to August 18, 2014.

5.	The clerk must reschedule the pretrial conference for the first available date on or after August 20, 2014.

6.	The trial is rescheduled for the two-week trial period that begins on September 2, 2014.  A party with a conflict with that trial period must file a notice by April 23, 2014.

7.	No further extensions of the discovery deadline or trial date will be granted absent extraordinary, unforeseeable circumstances.

SO ORDERED on April 15, 2014.

>	s/Robert L. Hinkle
>	United States District Judge

Case No.   4:13cv559-RH/CAS